# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 13 |
| | ) | |
| BRUCE LEE CURL and | ) | Case No. 17-41334 |
| SHELLI ANNE CURL, | ) | |
|   Debtor(s) | ) | BANKRUPTCY JUDGE |
| | ) | CHARLES NOVACK |

## REQUEST OF PRA RECEIVABLES MANAGEMENT, LLC
## FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that PRA Receivables Management, LLC, as authorized agent for Synchrony Bank (Chevron and Texaco Credit [Last four digit of account:3558]), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Synchrony Bank
    c/o PRA Receivables Management, LLC
    PO Box 41021
    Norfolk, VA 23541
    Telephone: (877) 829-8298
    Facsimile: (757) 351-3257
    E-mail: claims@recoverycorp.com

Dated: Norfolk, Virginia
May 21, 2017

                                                    By: /s/ Valerie Smith

                                                  Valerie Smith
                                                  c/o PRA Receivables Management, LLC
                                                  Senior Manager
                                                  PO Box 41021
                                                  Norfolk, VA 23541
                                                  (877) 829-8298

Assignee Creditor: Chevron and Texaco Credit [Last four digit of account:3558]