1  JaVonne M. Phillips, Esq. SBN 187474
2  Kelly M. Raftery, Esq. SBN 249195
   **McCarthy & Holthus, LLP**
3  1770 Fourth Avenue
   San Diego, CA 92101
4  Phone (877) 369-6122
5  Fax (619) 685-4811
   kraftery@mccarthyholthus.com
6
7  Attorneys for HSBC Bank USA, National Association, as Trustee for People's Choice Home
   Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-
8  Backed Notes, Series 2005-1, its assignees and/or successors, by and through its servicing agent
   Select Portfolio Servicing, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: § | Case Number: 17-41334 CN |
| **Bruce Lee Curl, Jr.** § | |
| **Shelli Anne Curl**, § | Chapter: 13 |
| § | |
| Debtors. § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by HSBC Bank USA, National Association, as Trustee for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
(877) 369-6122

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. HSBC Bank USA, National Association, as Trustee for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1, its assignees and/or successors, by and

| 1 | through its servicing agent Select Portfolio Servicing, Inc. must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004. |

Dated: 6/19/2017                      McCarthy & Holthus, LLP

By: /s/ Kelly M. Raftery
Kelly M. Raftery, Esq.,
Attorneys for HSBC Bank USA, National Association, as Trustee for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.